PAUL J. FISHMAN
United States Attorney
JORDAN M. ANGER
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2829
JMA:2859
(FLU:KCPB)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Susan D. Wigenton |
| *Plaintiff,* | Criminal No. 08-522 |
| v. | ORDER |
| JOHN DRIMAK, JR., | |
| *Defendant,* | |
| and | |
| BANK OF AMERICA, and its successors or assigns, | |
| *Garnishee.* | |

This matter having been opened to the Court by the U.S. Attorney, PAUL J. FISHMAN

for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause

shown,

It is on this 31ST day of May , 2012

ORDERED that the Application and Order for Writ of Garnishment in this matter is

hereby WITHDRAWN.

_____
HON. SUSAN D. WIGENTON
Judge, U.S. District Court

PAUL J. FISHMAN
United States Attorney
JORDAN M. ANGER
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2829
JMA:2859
(FLU:KCPB)

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    *Plaintiff,*<br><br>    v.<br><br>JOHN DRIMAK, JR.,<br><br><br><br>                                    *Defendant,*<br>      and<br><br>TD BANK,<br>and its successors or assigns,<br><br><br>                                    *Garnishee.* | Hon. Susan D. Wigenton<br><br>Criminal No. 08-522<br><br>ORDER |

      This matter having been opened to the Court by the U.S. Attorney, PAUL J. FISHMAN

for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause

shown,

      It is on this   6th   day of  June  , 2012

      ORDERED that the Application and Order for Writ of Garnishment in this matter is

hereby WITHDRAWN.

                                                      _____
                                                    HON. SUSAN D. WIGENTON
                                                    Judge, U.S. District Court